THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ROBERT F. CONTE (SBN 157582)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6607
    Facsimile: (213) 894-0115
**W. CARL HANKLA**
Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 683, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 307-6448
    Facsimile: (202) 307-0054
    w.carl.hankla@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>        v.<br><br>SAMUEL J. DeANGELO; JOE GORDON SHIELDS, a/k/a GORDON SHIELDS; ALAN M. HOVEY; JEFFREY R. WRIGHT; KELLY DAVID, a/k/a DAVID KELLY; and WESTERN TAX SERVICE, INC.,<br><br>            Defendants. | No. SA CV 03-251-GLT (MLGx)<br><br>PERMANENT INJUNCTION BY CONSENT AGAINST JEFFREY R. WRIGHT |

    IT IS HEREBY STIPULATED AND AGREED by the United States of America and defendant Jeffrey R. Wright ("Wright") pursuant to Internal Revenue Code Sections 7402 and 7407 (Title 26, United States Code):

1. The Court has jurisdiction over this action under 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. §§ 7402 and 7407.

2. On March 11, 2003, the United States commenced this action seeking to enjoin Wright and the other defendants permanently from acting as income tax return preparers and from engaging in conduct subject to penalty under I.R.C. Section 6694, "Understatement of Taxpayer's Liability by Income Tax Return Preparer."

3. The complaint alleged in material part that the defendants continually or repeatedly engaged in such conduct, understating the tax due (and overstating the refunds due) on customers' federal income tax returns by claiming false and inflated itemized deductions for charitable contributions and employee business expenses.

4. On July 30, 2003, the Court preliminarily enjoined the defendants (except for defendant Joe Gordon Shields, who previously entered into a permanent injunction by consent) from engaging in any conduct prohibited by I.R.C. Section 6694, including but not limited to overstating the allowable amount of charitable contributions and/or employee business expenses on the returns they prepared for compensation.

5. On April 14, 2004, the defendants herein, along with others, were indicted on related criminal charges in *United States v. Samuel Joseph DeAngelo, et al.*, No. SA CR 04-68(A)-JVS.

6. On September 25, 2005, Wright entered into a Plea Agreement in the criminal case. He received a sentence of six

months in a judgment entered October 1, 2007.

7. Wright has not been in the business of preparing income tax returns since well before he entered into his Plea Agreement. He has no intention of ever again preparing income tax returns for compensation.

8. To resolve the claims against him in the instant proceeding, Wright agrees to be bound by the terms set forth in the following paragraphs.

9. Pursuant to I.R.C. Section 7407(b) and I.R.C. Section 7402(a), Wright, along with any agents, servants, employees, attorneys, or other persons in active concert or participation with him, is **HEREBY PERMANENTLY ENJOINED** from:

   a. Acting as a tax return preparer for compensation within the meaning of I.R.C. Section 7701(a)(36);

   b. Engaging in any conduct subject to penalty under I.R.C. Section 6694, including but not limited to preparing tax returns or claims for refund that overstate the allowable amount of charitable contributions and/or employee business expenses; and

   b. Engaging in any other conduct that interferes with the proper administration and enforcement of the internal revenue laws.

10. Nothing in this Permanent Injunction by Consent shall be construed to compromise, preclude or otherwise affect any other proceedings against or involving Wright, civil or criminal,

whether not pending or hereafter commenced.  The United States may engage in discovery under the Federal Rules of Civil Procedure to monitor compliance with the terms of this injunction, and this Court shall retain jurisdiction for the purpose of implementing and enforcing this injunction and all additional orders necessary and appropriate to the public interest.  Wright waives any right he may have to appeal from this Permanent Injunction By Consent.

    11.  The parties hereto shall bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

```
                                    THOMAS P. O'BRIEN
                                    United States Attorney
                                    SANDRA R. BROWN
                                    Assistant United States Attorney
                                    Chief, Tax Division
                                    ROBERT F. CONTE
                                    Assistant United States Attorney

DATED: August 20, 2008              /s/ W. Carl Hankla
                                    W. CARL HANKLA
                                    Trial Attorney, Tax Division
                                    U.S. Dept. of Justice

DATED: August 19, 2008              [see next page]
                                    JEFFREY R. WRIGHT
                                    909 Scenic Way
                                    Ventura, CA 93003

                                    Pro Se
```

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED: August 26, 2008

                                              UNITED STATES DISTRICT JUDGE