UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL J. DeANGELO; JOE GORDON SHIELDS, a/k/a GORDON SHIELDS; ALAN M. HOVEY; JEFFREY R. WRIGHT; KELLY DAVID, a/k/a DAVID KELLY; and WESTERN TAX SERVICES, INC.,<br><br>Defendants. | No. SA CV 03-251 AG (MLGx)<br><br>~~PROPOSED~~ JUDGMENT PERMANENTLY ENJOINING DEFENDANTS DeANGELO AND DAVID FROM ENGAGING IN CERTAIN CONDUCT SUBJECT TO INCOME TAX RETURN PREPARER PENALTY UNDER I.R.C. § 6694 |

The Court having granted the United States' motion for summary judgment against the remaining defendants, Samuel J. DeAngelo and Kelly A. David (the "Remaining Defendants"), to permanently enjoin them from engaging in certain conduct subject to tax return preparer penalty under I.R.C. § 6694, it is, accordingly, hereby **ORDERED, ADJUDGED, AND DECREED**, that pursuant to I.R.C. Section 7407(b) and I.R.C. Section 7402(a), the Remaining Defendants, along with any agents, servants, employees, attorneys, or other persons in active concert or participation with them, are **HEREBY PERMANENTLY ENJOINED** from:

    a. Engaging in certain conduct subject to penalty under I.R.C. Section 6694, namely preparing federal income tax returns or claims for refund that overstate the allowable amount of charitable

contributions and/or employee business expenses. In furtherance of this injunction, the Remaining Defendants, along with any agents, servants, employees, attorneys, or other persons in active concert or participation with them, shall comply with all applicable laws, regulations and administrative procedures in preparing any return containing deductions for charitable contributions and/or employee business expenses, including, but not limited to, (i) ensuring that such deductions are allowable and properly documented at the time the return is prepared or filed in accordance with applicable Treasury Publications and the official instructions to Form 1040, Sch. A to Form 1040, Form 2106 and 2106-EZ, and Form 8283, retaining copies of such documentation for examination by the IRS, (ii) explaining these deductions to each customer and pointing them out to the customer their location(s) on the return <u>before</u> the customer signs the return, (iii) completing and attaching any and all required Treasury Forms for such deductions, and (iv) ensuring that such deductions are properly itemized and reported on Schedule A of the return in accordance with the official instructions thereto and the relevant Treasury Publications.  Further, the Remaining

    Defendants, along with any agents, servants, employees, attorneys, or other persons in active concert or participation with them, are permanently enjoined from advising or suggesting that a taxpayer's cost basis in goods donated to a charitable organization may be used as the fair market value of those goods for purpose of determining the taxpayer's charitable deduction amount.

  b. Engaging in conduct subject to penalty under I.R.C. Section 6701, "Penalties for Aiding and Abetting Understatement of Tax Liability," including preparing or assisting in the preparation of a document related to a matter material to the internal revenue laws that they know will (if so used) result in an understatement of another person's tax liability;

  c. Instructing, advising, or assisting other persons to understate their federal tax liabilities;

  d. Engaging in any other conduct that interferes with the proper administration and enforcement of the internal revenue laws; and

  e. Misrepresenting any of the terms of this injunction.

If, after the date of this order, either of the Remaining Defendants resumes preparing (or helping to prepare) federal

3

income tax returns, amended returns, refund claims, or other federal tax-related documents, he shall inform each of his customers about the terms of this order. Further, on or before the last day of August each year, he shall produce to the IRS, care of Small Business/Self Employed Lead Development Center, 24000 Avila Road, Mail Stop 5040, Laguna Niguel, CA 92677, a list of all of his customers for the previous calendar year, providing name, address, phone number and/or email address, and social security number/EIN for each such customer.

    4. Nothing in this order shall be construed to compromise, preclude or otherwise affect any other proceedings against or involving either of the Remaining Defendants, civil or criminal, whether not pending or hereafter commenced. The United States may engage in discovery under the Federal Rules of Civil Procedure to monitor compliance with the terms of this order, and this Court shall retain jurisdiction for the purpose of implementing and enforcing this order and all additional orders necessary and appropriate to the public interest.

    5. The parties hereto shall bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Dated: OCTOBER 6, 2008

ANDREW J. GUILFORD
United States District Judge